# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

NICHOL OKVATH                                                                                    PLAINTIFF

v.                                          4:17CV00672-JM

SHELTER MUTUAL INSURANCE COMPANY                                          DEFENDANT

## JUDGMENT

On this day, the above-styled case was tried to the Court. The plaintiff, Nichol Okvath, appeared on behalf of herself without the benefit of a lawyer, and the defendant, Shelter Mutual Insurance Company ("Shelter"), was represented by Mel Sayes. After Ms. Okvath presented her case, Shelter moved for a judgment as a matter of law on both counts of the complaint: breach of contract and bad faith. The Court granted the motion for the reasons stated on the record.

IT IS, THEREFORE, CONSIDERED, ORDERED, AND ADJUDGED, that the complaint of the plaintiff is dismissed with prejudice. Defendant's Motion in Limine and Alternative Motion to Dismiss (Docket No. 19) is denied.

IT IS SO ORDERED this 15th day of October, 2018.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE